

# NUMBER 13-24-00118-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CARMEN SOLANO,                                                                          Appellant,

v.

ISAAC SAGREDO,                                                                          Appellee.

## ON APPEAL FROM THE 398TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Longoria**

This matter is before the court on appellant's failure to file a brief. Appellant's brief was originally due to be filed on or before August 2, 2024. On August 9, 2024, the Clerk of the Court notified appellant that appellant's brief was past due. Appellant was further notified that if appellant fails to reasonably explain the failure to file a brief within ten days

from the date of the notice, the appeal shall be dismissed for want of prosecution. *See id.*

TEX. R. APP. P. 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the clerk's notice. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
10th day of October, 2024.

2